PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Clifford Dean Harrison</u>  Case Number: <u>3:07-00171-10</u>

Name of Judicial Officer: <u>Todd J. Campbell, Chief U. S. District Judge</u>

Date of Original Sentence: <u>November 24, 2008</u>

Original Offense: <u>Distribution of Five Grams or More of Cocaine Base</u>

Original Sentence: <u>78 months' reduced to 63 months' custody; 4years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>  Date Supervision Commenced: <u>April 13, 2012</u>

Assistant U.S. Attorney: <u>Thomas Kent</u>  Defense Attorney: <u>David L. Cooper</u>

---

**THE COURT ORDERS:**

☒ No Action at this time
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this __28__ day of
__June__, 2012, and made a part of the records in
the above case.

_____
U. S. District Judge
Todd J. Campbell

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
U.S. Probation Officer
Karen L. Webb

Place   Columbia, Tennessee

Date    June 25, 2012

**ALLEGED VIOLATIONS**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1. **Shall refrain from any unlawful use of a controlled substance:**
Mr. Harrison submitted a positive drug screen on June 4, 2012, for cocaine. He admitted to the use of cocaine prior to this drug screen.

**Compliance with Supervision Conditions and Prior Interventions:**
Mr. Harrison recently began his supervised release on April 13, 2012. He resides with his sister in Franklin, Tennessee. Mr. Harrison is employed at Shur Brite Car Wash in Nashville. He has been referred for a substance abuse intake assessment at Centerstone to see what level of treatment is recommended. Two subsequent drug screens have been negative.

**U.S. Probation Officer Recommendation:**
It is recommended that no action be taken at this time to see if Mr. Harrison will progress with treatment. The U. S. Attorney's Office is agreeable with this recommendation.

Approved: _[signature]_
Kenneth Parham
Supervisory U.S. Probation Officer